**CLOSED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARLEN BUEZO, et al., | HON. DENNIS M. CAVANAUGH |
| Plaintiff, | |
| | Civil Action No. 09cv3086 (DMC) |
| -vs- | |
| EDISON POLICE DEPARTMENT, et al., | |
| Defendant(s) | **DISMISSAL ORDER** |

   It has been reported to the Court that the above captioned matter has been settled, therefore,

   It is on this 16th day of October, 2009,

   ORDERED that this action is hereby dismissed without prejudice and without costs, upon good cause shown within 90 days, to seek to reopen the action if settlement is not consummated.

S/ Dennis M. Cavanaugh
DENNIS M. CAVANAUGH, U.S.D.J.

 Orig. Clerk
cc:   Hon. Mark Falk, U.S.M.J.
      Parties
      file